ORIG

**The David R. Frauenshuh Revocable Trust Dated March 16, 1990**
7101 W. 78th Street
Minneapolis, MN 55439

August 21, 2017

ORIGINAL

Jim Schwier
4501 W. Tradewinds Avenue
Lauderdale By The See, FL 33308

Re: Guaranty of Severance Payments

Dear Mr. Schwier:

The David R. Frauenshuh Revocable Trust Dated March 16, 1990 ("Trust") agrees until such time as either (i) a Change of Control or (ii) a Frauenshuh Member is no longer the direct or indirect "beneficial owner" (as defined in Rule 13d-3 under the Securities and Exchange Act of 1934) of 50% or more of the combined voting power of the outstanding equity securities of Nanocopoeia, LLC ("Company") ordinarily having the right to vote in matters submitted to a vote of the Company's voting members, that, if the Company fails to pay you amounts it is obligated to pay you under Section 6 of your Employment Agreement with the Company dated August 21, 2017 ("Employment Agreement"), then the Trust will pay you such amounts directly; subject to the terms, conditions, rights and defenses under the Employment Agreement. As used herein, "Change of Control" has the meaning set forth in that certain Nanocopoeia, LLC Profits Interest Grant Agreement (Employee) between you and the Company, dated August 21, 2017, and "Frauenshuh Member" has the meaning set forth in the Amended and Restated Operating Agreement of the Company dated February 24, 2017.

Sincerely,

David R Frauenshuh

David R. Frauenshuh, Trustee of the David R.
Frauenshuh Revocable Trust Dated March 16, 1990

**EXHIBIT C-1**